## DAUGHERTY et al. v. FELAND.

No. 7463—Opinion Filed June 13, 1916.

(157 Pac. 1146.)

**Appeal and Error — Supersedeas Bond— Entry of Judgment.**

In a case where execution of a judgment, affirmed in the Supreme 'Court on appeal, has been stayed by virtue of a supersedeas bond, under the provisions of chapter 249, Session Laws 1915, judgment will be entered in this court against the sureties on such bond.

(Syllabus by Bleakmore, C.)

Error from District Court, Rogers County. T. L. Brown, Judge.

Motion for judgment against the sureties on a supersedeas bond. Motion sustained.

E. G. Wilson, for plaintiffs in error.

Adams & Wills, for defendant in error.

Opinion by BLEAKMORE, C. On appeal to this court from a judgment of the district court of Rogers county, a supersedeas bond was filed, executed by the plaintiffs in error as principals, and T. A. Eakin, J. A. Carnett, G. B. Merryman, and H. J. Witon as sureties, to stay such judgment. On May 16, 1916, the judgment was affirmed, and motion has been filed in this court for judgment against the sureties on the supersedeas bond, which motion is sustained under authority of chapter 249, Session Laws 1915, as construed in Long v. Lang & Co., 49 Okla. 342, 152 Pac. 1078.

Judgment is therefore entered in this court against T. A. Eakin, J. A. Carnett, G. B. Merryman, and H. J. Witon in the sum of $512.38, with interest at 8 per cent per annum from December 31, 1914, and costs, for which let execution issue out of the trial court.

By the Court: It is so ordered.